IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| **THIS DOCUMENT RELATES TO:**<br><br>*Pilar El Quesny and Mongy El Quesny v. Ethicon, Inc. et al.* | Case No. 2:15-cv-13288 |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
<u>**MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

Plaintiffs oppose Defendants' Motion for Partial Summary Judgment on Plaintiffs' negligence claim (Count I), strict liability design defect claim (Count V), and gross negligence claim (Count XIV). Defendants have not moved for summary judgment on Plaintiffs' loss of consortium claim (Count XVI), punitive damages claim (Count XVII), or discovery rule and tolling claim (Count XVIII). As for the remaining claims pled in Plaintiffs' Short Form Complaint (Counts II-IV, V-XV), Plaintiffs will not be proceeding with those claims at trial. Plaintiffs incorporate their Memorandum in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

WHEREFORE, for these reasons and for those more fully set forth in Plaintiffs' supporting memorandum of law, Plaintiffs respectfully request that this Court enter an order denying Defendants' Motion for Summary Judgment.

                                    Respectfully submitted,

                                    **KLINE & SPECTER, PC**

Dated:  October 25, 2018        BY: _____
                                    Lee B. Balefsky, Esquire/25231
                                    Christine V. Clarke, Esquire/ 314407
                                    1525 Locust Street, 19th Floor
                                    Philadelphia, PA 19102
                                    (215) 772-1000
                                    Lee.Balesky@klinespecter.com
                                    Christine.Clarke@klinespecter.com
                                    *Attorneys for Plaintiffs*